# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION<br>222 Delaware Avenue<br>Wilmington, DE 19801,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK GILLESPIE,<br>911 North Beverly Drive<br>Beverly Hills, CA 90210<br><br>    Defendant. | CIVIL ACTION<br><br>CASE NO. |

## COMPLAINT

Plaintiff PNC Bank, National Association, by and through its undersigned counsel, files this Complaint against Defendant Michael Gillespie and avers:

1. PNC Bank, National Association is a national banking association with an address at 222 Delaware Avenue, Wilmington, DE 19801.

2. Mark Gillespie is an adult individual with a last known address at 911 North Beverly Drive, Beverly Hills, CA 90210.

## JURISDICTION AND VENUE

3. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332(a) in that Plaintiff is a citizen of the State of Delaware, and Defendant is a citizen of the State of California, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00, exclusive of interest and costs.

4. Venue is proper in this district under 28 U.S.C. §1391(b) in that Plaintiff

maintains a place of business in this district, and a substantial part of the events giving rise to the claims asserted in this Complaint occurred in this district.

5. On or about October 1, 2021, Plaintiff, as lender, and Defendant, as borrower, entered into a Non-Revolving Credit Agreement (the "Credit Agreement"), whereby Plaintiff extended to Defendant an unsecured loan in the amount of Four Hundred Seventy-Two Thousand Six Hundred Twenty-Three and 66/100 Dollars ($472,623.66) (the "Loan"). A true and correct copy of the Credit Agreement is attached hereto and marked Exhibit "A".

6. Defendant has defaulted under the Credit Agreement by failing to make timely payments of principal and interest as required by the Credit Agreement.

7. On or about March 23, 2023, Plaintiff provided Defendant with a notice of default and made written demand for payment. A true and correct copy of the notice of default is attached hereto and marked Exhibit "B".

8. As a result of Defendant's default, Plaintiff accelerated the Loan and demanded payment in full.

9. Defendant owes Plaintiff the principal amount of $472,623.66, plus accrued interest of $5,407.19 as of June 13, 2023, plus per diem interest thereafter in the amount of $125.47, plus attorneys' fees and costs.

10. Defendant has failed and/or refused to cure the default under the Credit Agreement.

WHEREFORE, Plaintiff PNC Bank, National Association demands judgment in its favor and against Defendant Michael Gillespie in the amount of $478,030.85, plus continuing per diem interest of $125.47, plus attorneys' fees and costs.

        Submitted by,

        WEIR GREENBLATT PIERCE LLP

By:  /s/ *Jeffery S. Cianciulli*
      Jeffery S. Cianciulli, Esquire
      Delaware Attorney ID No. 4369
      824 North Market Street, Suite 800
      Wilmington, DE 19801
      T: (215) 665-8181 / F: (215) 665-8464
      jcianciulli@wgpllp.com

      *Attorneys for Plaintiff*
      *PNC Bank, National Association*

Dated: June 13, 2023