IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : NO. 23-cv-00642-CFC |
| | : |
| MARK GILLESPIE, | : |
| | : |
| Defendant. | : |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT, ATTORNEYS' FEES AND COSTS**

This matter is before the Court on the Motion for Default Judgment, for attorneys' fees and costs filed by Plaintiff PNC Bank, National Association ("Plaintiff"). Having found good cause for the entry of judgment,

**IT IS HEREBY ORDERED THAT:**

1. Default Judgment is entered in favor of Plaintiff and against Defendant Mark Gillespie ("Defendant") in the amount of $483,300.59 as of July 25, 2023, with interest accruing at the per diem rate of $125.47.

2. Defendant shall also pay to Plaintiff its reasonable attorneys' fees and costs associated with this action in the amount of $6,808.64 as detailed in the Affidavit accompany the Motion.

BY THE COURT:

Dated: _____

_____
COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>MARK GILLESPIE,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 23-cv-00642-CFC |

PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT, ATTORNEYS' FEES AND COSTS

Pursuant to Fed. R. Civ. P. 54, Plaintiff PNC Bank, National Association, by and through its counsel, Weir Greenblatt Pierce LLP, moves for the entry of a default judgment and an award of attorneys' fees and costs against Defendant Mark Gillespie in the form of the proposed order filed with this Motion.

In accordance with Local Rule 7.1.2, the grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference as set forth fully herein. Respectfully submitted,

                                     WEIR GREENBLATT PIERCE LLP

                                By: /s/ *Jeffery S. Cianciulli*
                                   Jeffery S. Cianciulli, Esquire
                                   Delaware Attorney ID No. 4369
                                   824 North Market Street, Suite 800
                                   Wilmington, DE 19801
                                   T: (215) 665-8181 / F: (215) 665-8464
                                   jcianciulli@wgpllp.com

                                   *Attorneys for Plaintiff*
                                   *PNC Bank, National Association*

Dated:  July 26, 2023

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 23-cv-00642-CFC |
| MARK GILLESPIE, | : |
| Defendant. | : |

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT, ATTORNEYS' FEES AND COSTS

1.  INTRODUCTION

On June 13, 2023, Plaintiff PNC Bank, National Association ("Plaintiff") filed this action against Defendant Mark Gillespie for breach of contract and the Court issued its summons.

Between June 14, 2023 and June 17, 2023, Plaintiff, through its process server, made four attempts at personal service of the Complaint and Summons upon Defendant at his last known home address at 911 North Beverly Boulevard, Beverly Hills, CA 90210. Defendant resides in a locked and gated residence and there was no answer over the intercom when prompted.

Plaintiff served the Summons and Complaint upon Defendant on June 21, 2023 by FedEx overnight mail with direct signature required. A signature release was obtained from Defendant.

Plaintiff also served the Summons and Complaint upon Defendant on June 27, 2023 by Certified Mail with Return Receipt Requested. A Return Receipt card was received executed by the Defendant.

An Affidavit of Service was filed with the Court on July 6, 203. ECF Doc. No. 6.

Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendant had until July 18, 2023 to answer the Complaint, based on the Certified Mail delivery. He never did.

On July 21, 2023, Plaintiff requested the Clerk enter default pursuant to Federal Rule of Civil Procedure 55(a). ECF No. 4. The Clerk then entered default against Defendant on July 25, 2023.

As of the date of Plaintiff's Motion, Defendant has not appeared or otherwise responded to Plaintiff's Complaint. Accordingly, Plaintiff moves under Fed. R. Civ. P. 55(b)(2) for default judgment and requests judgment in the amount of $483,300.59 as of July 25, 2023 with interest accruing at the per diem rate of $125.47, and an award of reasonable attorneys' fees and costs.

2.   ARGUMENT

Upon entry of default under Fed. R. Civ. P. 55(a), the well pled factual allegations of a complaint, other than those related to damages, will be taken as true. *See Perez v. Anderson*, 98 B.R. 189, 190 (E.D. Pa. 1989). "[W]here the complaint includes well-pleaded factual allegations, the Court 'should assume their veracity and then determine whether they plausibly give rise to an entitlement to relief.'" *Brown v. May*, No. 17-04284, 2018 WL 2962373, at *2 (E.D. Pa. June 12, 2018) (*quoting Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009)); s*ee also Perez*, 98 B.R. at 190 ("The factual allegations of the complaint except those relating to the amount of damages are deemed admitted and are taken as true by the failure of defendants to answer") (citations omitted).

Here, Plaintiff's allegations are deemed admitted because Defendant has failed to answer or otherwise respond to the Complaint. Additionally, Plaintiff's damages are sufficiently ascertainable to allow the Court to enter judgment for a sum certain to Plaintiff.

### A.   Default Judgment Is Warranted Here

The well-plead, straightforward factual allegations of Plaintiff's Complaint establish Defendant's liability for Plaintiff's breach of contract claim. Defendant acted as Borrower

pursuant to a certain non-revolving credit agreement (the "Loan Agreement"") executed in connection with a $472,623.66 commercial loan ("Loan") entered into between Mark Gillespie ("Borrower") and Plaintiff, as Lender. Complaint ¶¶ 5.

The Loan is currently in default due to, *inter alia*, the Borrower's failure to make timely payments of principal and interest. *Id*. ¶ 6. As a result of Borrower's defaults, on March 23, 2023, Borrower was served with a notice of default. *Id*. ¶ 7.

Plaintiff made demand for payment, but Defendant has failed to pay the amount owed pursuant to his obligations under the Loan. *Id*. ¶ 9. Plaintiff was left with no option other than to pursue its rights under the Loan Agreement and bring this action against Defendant. Defendant has failed to Answer or otherwise respond to the Complaint in the time allowed by Fed. R. Civ. P. 12(a)(1)(A)(ii) and, therefore, Plaintiff is entitled to default judgment.

As of the date of the filing of this Motion, a total of $483,300.59 is currently due and owing pursuant to the terms of the Loan, comprised of the following components:

| Principal: | $472,623.66 |
|---|---|
| Interest (as of 7/25/23): | $ 10,676.93 |
| **Total** | $483,300.59 |

In addition, interest continues to accrue on the principal of the Loan at the per diem rate of $125.47 until all of the Borrower Obligations are paid in full. *Id*. ¶ 9.

### B.  Attorneys' Fees and Costs

Under Section 5 of the Loan Agreement, Plaintiff is entitled to recovery of its attorneys' fees and costs incurred in the enforcement of the Loan Documents and Plaintiff respectfully requests that the Court accept his Motion as a request made in compliance with Fed. R. Div. P. 54(d). In support of this request, attached hereto is affidavit of Jeffrey S Cianciulli, Esquire along with a copy of our statement of services rendered and costs incurred.

3.       CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter default judgment against Defendant and issue an order, in the form set forth in the Proposed Order, granting judgment in the amount of $483,300.59 as of July 25, 2023 with continuing interest accruing at the per diem rate of $125.47, and granting Plaintiff its attorneys' fees and costs.

Respectfully submitted,

WEIR GREENBLATT PIERCE LLP


By:  /s/ *Jeffery S. Cianciulli*
     Jeffery S. Cianciulli, Esquire
     Delaware Attorney ID No. 4369
     824 North Market Street, Suite 800
     Wilmington, DE  19801
     T: (215) 665-8181 / F: (215) 665-8464
     jcianciulli@wgpllp.com

     *Attorneys for Plaintiff*
     *PNC Bank, National Association*

Dated:  July 26, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 23-cv-00642-CFC |
| MARK GILLESPIE, | : |
| Defendant. | : |

AFFIDVIT OF JEFFREY S. CIANCIULLI IN SUPPORT OF PLAINTIFF'S
MOTION FOR DEFAULT, ATTORNEYS' FEES AND COSTS

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss:
COUNTY OF PHILADELPHIA          )

JEFFREY S. CIANCIULLI, being duly sworn, does depose and say as follows:

1. I am a partner in the firm of Weir Greenblatt Pierce LLP ("WGP") and I am duly authorized to make this Affidavit on behalf of WGP. I submit this Affidavit in accordance with Fed. R. Civ. P. 54(d) in connection with *Plaintiff's Motion for Default Judgment, Attorneys' Fees and Costs* (the "Motion "). I make this Affidavit on personal knowledge or on information and belief as set forth herein.

2. I am admitted to practice law in the State of Delaware, the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the District of Delaware, Eastern, Middle and Western Districts of Pennsylvania, District of New Jersey and the Third Circuit Court of Appeals.

3. Attached to this Affidavit as Exhibit "A" is a statement of WGP's attorneys' fees and costs incurred as of July 25, 2023 in the amount of $6,808.64 in connection with the exercise of Plaintiff's rights and remedies under the Loan Documents.

4. Under Section 5 of the Loan Agreement, Plaintiff is entitled to recovery of its attorneys' fees and costs incurred in the enforcement of the Loan Documents.

By: _____
Jeffrey S. Cianciulli, Esquire
824 North Market Street, Suite 800
Wilmington, DE 19801
T: (215) 665-8181 / F: (215) 665-8464
jcianciulli@wgpllp.com
*Attorneys for Plaintiff*

Dated: July 26, 2023

SWORN TO AND SUBSCRIBED
before me this 26th day of July, 2023.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
SHARON L MORRIS - Notary Public
Philadelphia County
My Commission Expires July 26, 2026
Commission Number 1115927

2

# EXHIBIT "A"

**Weir Greenblatt Pierce LLP**

THE WIDENER BUILDING
1339 CHESTNUT STREET o SUITE 500
PHILADELPHIA, PA 19107

---------

(215) 665-8181
(215) 665-8464 FAX

---

July 26, 2023

PNC BANK NA
c/o GARY A. DEUTSCH, MANAGING CHIEF COUNSEL
1600 MARKET STREET, F2-F070-08-07
PHILADELPHIA, PA 19103

Our File #    1130    0493

RE:   GILLESPIE

EBILL THROUGH WOLTERS

Our records indicate that the following invoices are outstanding:

| Invoice # | Invoice Date | Invoice Amount | Balance Due |
| --- | --- | --- | --- |
| 88938629 | 06/05/23 | $1,285.04 | $1,285.04 |
| 88939057 | 07/14/23 | $3,291.80 | $3,291.80 |
| 88939335 | 07/26/23 | $2,231.80 | $2,231.80 |

Total balance due, please pay this amount . . . . . . . . . . . . . . .    $6,808.64

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 23-cv-00642-CFC <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| MARK GILLESPIE, | |
| Defendant. | |

CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, Esquire, hereby certify that on this 26th day of July, 2023 a true and correct copy of the foregoing Plaintiff's Motion for Default Judgment, Attorneys' Fees and Costs, proposed Order and Memorandum of Law was electronically filed and served, by U.S. First Class Mail, postage prepaid, addressed as follows:

Mark Gillespie
911 North Beverly Drive
Beverly Hills, CA 90210

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey S. Cianciulli
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Cianciulli, Esquire