IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>MARK GILLESPIE,<br><br>Defendant. | : <br> : CIVIL ACTION<br> : <br> : NO. 23-cv-00642-CFC<br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT, ATTORNEYS' FEES AND COSTS**

This matter is before the Court on the Motion for Default Judgment, for attorneys' fees and costs filed by Plaintiff PNC Bank, National Association ("Plaintiff"). Having found good cause for the entry of judgment,

**IT IS HEREBY ORDERED THAT:**

1. Default Judgment is entered in favor of Plaintiff and against Defendant Mark Gillespie ("Defendant") in the amount of $483,300.59 as of July 25, 2023, with interest accruing at the per diem rate of $125.47.

2. Defendant shall also pay to Plaintiff its reasonable attorneys' fees and costs associated with this action in the amount of $6,808.64 as detailed in the Affidavit accompany the Motion.

BY THE COURT:

Dated: 9.13.23

_____
COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE